UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA., DEPARTMENT OF PUBLIC WELFARE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES <br><br> Defendants. | Case No. 06-630 <br><br> Judge Ambrose <br> Magistrate Judge Lenihan <br><br> ELECTRONICALLY FILED |

STIPULATION AND NOTICE
OF VOLUNTARY DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Commonwealth of Pennsylvania, Department of Public Welfare and Defendants United States of America and United States, Department of Health and Human Services stipulate that this action is hereby dismissed with prejudice.

**For Plaintiff Commonwealth of Pennsylvania, Department of Public Welfare:**

**For Defendants United States of America and United States, Department of Health and Human Services:**

| | |
|---|---|
| ALLEN C. WARSHAW<br>CHIEF COUNSEL | OFFICE OF THE UNITED STATES<br>ATTORNEY |
| By: *Jason W. Manne*<br>JASON W. MANNE<br>Senior Assistant Counsel<br>PA ID No. 29924<br>Office of General Counsel<br>Department of Public Welfare<br>303 State Office Bldg.<br>300 Liberty Ave.<br>Pittsburgh, PA 15222<br>(412) 565-5220 | By: *Lee J. Karl*<br>LEE KARL<br>U.S. Post Office and Courthouse<br>Pittsburgh, PA 15219<br>(412) 644-3500 |

Dated: April 3, 2007

4-5-07

Granted

*Donetta W. Ambrose*